# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN AGUILAR SALVADOR,<br>    Plaintiff,<br>v.<br>WALMART, INC.,<br>    Defendant. | Case No.: 2:24-cv-02312-NJK<br>**Order**<br>[Docket No. 13] |

Pending before the Court is the parties' stipulation to extend discovery deadlines by 60 days. Docket No. 13.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Here, the parties have failed to demonstrate diligence. The Court issued the scheduling order in this case on December 30, 2024. Docket No. 11. The parties have conducted little affirmative discovery. Docket No. 13 at 1-2.

Nonetheless, as a <u>one-time courtesy</u>, the Court will allow the extension. The parties must diligently conduct discovery.

Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part. Docket No. 13.

Deadlines are **RESET** as follows:
- Initial expert: May 12, 2025
- Rebuttal expert: June 11, 2025
- Discovery cutoff: July 11, 2025

- Dispositive motions: August 11, 2025
- Joint proposed pretrial order: September 10, 2025, 30 days after resolution of dispositive motions, or further order of the Court

IT IS SO ORDERED.

Dated: March 12, 2025

                                                                  Nancy J. Koppe
                                                                  United States Magistrate Judge