**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Emails:  ghayes@tysonmendes.com
          npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN AGUILAR SALVADOR, individually, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC. d/b/a WALMART #2592, a Foreign Corporation; DOE EMPLOYEE; DOES I through XX; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br> Defendants. | Case No. 2:24-cv-02312- JAD-BNW <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** <br><br> ECF No. 20 |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff JOHN AGUILAR SALVADOR, an individual, by and through his counsel, BOYACK LAW GROUP and Defendant WALMART, INC., by and through their counsel, TYSON & MENDES, LLP, Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this ___ day of August, 2025

**TYSON & MENDES LLP**

*/s/ Griffith H. Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant Walmart, Inc.*

Dated this 6 day of August, 2025

**BOYACK LAW GROUP**

BRYAN A. BOYACK
Nevada Bar No. 9980
1707 Village Center Circle, Suite 100
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

1

## ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 1, 2026

2